UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-07396 RSWL | Date | June 3, 2009 |
|---|---|---|---|
| Title | In Re KPMG Overtime Litigation | | |

| Present: The Honorable | RONALD S.W. LEW, Senior U.S. District Court Judge |
|---|---|

| Kelly Davis/Joseph Remigio | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     ORDER TO SHOW CAUSE

IT IS ORDERED that Edward W. Ciolko show cause in writing no later than June 13, 2009 why his pleadings should not be rejected for filing due to his failure to submit an Application of Non-Resident Attorney to Appear in a Specific case, along with the $185.00 pro hac vice appearance fee. (see Notice of Pro Hac Vice Application and Filing Fee Due [73])

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, **NO ORAL ARGUMENT WILL BE HEARD AND APPEARANCES ARE NOT NECESSARY** on this matter unless ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of the proper response.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | JRE | |