William A. Baird (SBN 192675)
tbaird@mzclaw.com
MARKUN ZUSMAN & COMPTON LLP
17383 West Sunset Boulevard,
Suite A-380
Pacific Palisades, CA 90272
Telephone:   (310) 454-5900
Facsimile:   (310) 454-5970

Attorneys for Plaintiffs
(see signature page for full list of attorneys)

Michael C. Kelley, SBN 90062
mkelley@sidley.com
Jennifer Altfeld Landau, SBN 153780
jlandau@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

Attorneys for Defendant KPMG LLP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KPMG WAGE & HOUR LITIGATION | MASTER FILE 07-04396-RSWL-CW |
| | *The Honorable Carla Woehrle* |
| | **ORDER *RE* JOINT STIPULATION REGARDING DEFENDANT KPMG LLP'S MOTION FOR A PROTECTIVE ORDER PREVENTING PLAINTIFFS FROM SEEKING DISCOVERY FROM OR OTHERWISE CONTACTING KPMG LLP'S CLIENTS** |
| | Am. Consol. Compl.:  May 1, 2009<br>Discovery Cut-Off:   TBD<br>Pretrial Conf. Date:  TBD<br>Trial Date:           TBD |

LA1 2430839v.1

ORDER RE JOINT STIP. RE KPMG'S MOTION FOR PROTECTIVE ORDER PREVENTING PLAINTIFFS FROM SEEKING DISCOVERY OF CLIENTS; MASTER FILE 07-04396-RSWL-CW

**ORDER**

Based on the Joint Stipulation of Plaintiffs Leticia Facundo, Norbert Mendonca, Arlene Ridgeway, Szimonetta Pettermann, and Michelle Garcia (collectively, "Plaintiffs") and Defendant KPMG LLP Regarding Defendant KPMG LLP's Motion for a Protective Order Preventing Plaintiffs From Seeking Discovery From or Otherwise Contacting KPMG LLP's Clients, IT IS HEREBY ORDERED:

(i)   Plaintiffs shall withdraw the outstanding subpoenas to Omnicom Group, Inc., and The Estee Lauder Companies, Inc.;

(ii)   Plaintiffs shall refrain from seeking discovery from or otherwise contacting any of KPMG's current or former clients until after the Court has decided whether or not to certify a class and/or collective action in this case; and

(iii)   After the Court enters an Order deciding class and/or collective certification, Plaintiffs shall refrain from seeking discovery from or otherwise contacting any of KPMG's current or former clients until after the parties have briefed the issue of whether Plaintiffs may conduct discovery from or otherwise contact KPMG's current or former clients for the Court by way of a regularly-noticed motion pursuant to Local Rule 37 and this Court has ruled on the issue.

**IT IS SO ORDERED.**

Dated: April 10, 2012   _____

*Carla M. Woehrle*

The Honorable Carla M. Woehrle

1

ORDER RE JOINT STIP. RE KPMG'S MOTION FOR PROTECTIVE ORDER PREVENTING PLAINTIFFS FROM SEEKING DISCOVERY OF CLIENTS; MASTER FILE 07-04396-RSWL-CW

LA1 2430839v.1