**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Peter A. Muhic
Email: pmuhic@ktmc.com
Jason Conway
Email: jconway@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiffs
(*Additional Counsel Listed on Signature Page*)

Michael C. Kelley, SBN 90062
mkelley@sidley.com
Jennifer Altfeld Landau, SBN 153780
jlandau@sidley.com
**SIDLEY AUSTIN LLP**
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

**JS-6**

Attorneys for Defendant KPMG LLP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KPMG WAGE & HOUR LITIGATION | MASTER FILE 07-04396-JFW-CW<br><br>**ORDER *RE* STIPULATION OF DISMISSAL OF ALL CLAIMS**<br><br><br><br>Judge: Hon. John F. Walter<br>Disc. Cut-off: January 2, 2013<br>Pre-Trial Conf: February 15, 2013<br>Trial: February 26, 2013 |

# ORDER

On January 8, 2013, Named Plaintiffs Michelle Garcia, Leticia Facundo, Norbert Mendonca, Szimonetta Pettermann, and Arlene Ridgeway, Fair Labor Standards Act opt-in plaintiff Shannon Comrie-Booth, and Defendant KPMG LLP filed a Stipulation of Dismissal of All Claims.  After considering the parties' request, and good cause having been shown for the relief requested, the Court rules as follows:

1.   Plaintiffs Leticia Facundo, Norbert Mendonca, Arlene Ridgeway, Szimonetta Pettermann, and Shannon Comrie-Booth (collectively, the "FLSA Claimants") have agreed to provide KPMG with a dismissal with prejudice of their individual FLSA claims and a release of KPMG from those claims in exchange for a waiver of costs on those FLSA Claims.  The release provided by the FLSA Claimants states that the

> the FLSA Claimants, and anyone claiming through him or her, including, but not limited to, his or her spouse, children, relatives, agents, attorneys, representatives, heirs, executors, administrators, and the predecessors, successors and assigns of each of them, do hereby acknowledge full and complete satisfaction of and do hereby release, absolve and discharge KPMG and its partners, affiliates, parents, subsidiaries, related companies and business concerns, past and present, and each of them, as well as each of their and KPMG's partners, trustees, directors, officers, agents, attorneys, servants and employees, past and present, and each of them, from any and all claims, asserted or unasserted, arising under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq.

The Court finds that, in light of this Court's Amended Order dated October 19, 2012 granting summary judgment on the FLSA claim of Ms. Garcia and the Order dated November 30, 2012 of the United States District Court for the Southern District of New York in the action entitled *Pippins v. KPMG LLP*, Case No. 11-cv-377, granting summary judgment on the FLSA claims of a conditionally certified nationwide collective, the agreement of the FLSA Claimants and KPMG to resolve and release their individual FLSA claims is fair, reasonable, and adequate.

1

2.    The FLSA claims in this action are hereby dismissed in their entirety with prejudice.

3.    Each party shall bear its own costs incurred in connection with the dismissed FLSA claims.

4.    The individual claims asserted under California law by Plaintiffs are hereby dismissed in their entirety, with prejudice.

5.    Plaintiffs and KPMG each shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: January 9, 2013

_____
The Honorable John F. Walter